UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

INTERNATIONAL UNION, UNITED
AUTOMOBILE AND AEROSPACE
AGRICULTURAL IMPLEMENT
WORKERS OF AMERICA, UAW, *et al.*,

      Plaintiffs,

v.

MAHLE ENGINE COMPONENTS USA,
INC.,

      Defendant.

_____/

Case No. 1:11-cv-463

HON. JANET T. NEFF

## **JUDGMENT**

In accordance with the Opinion and Order entered this date:

**IT IS HEREBY ORDERED** that Judgment is entered in favor of Defendant and against Plaintiffs.


DATED: October 22, 2013
                                    `/s/ Janet T. Neff`
                                    JANET T. NEFF
                                    United States District Judge